**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **GONZALEZ GRATEROL JOE ALBERTO,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-2760-R** |
| | ) | |
| **DIAMONDBACK CORRECTIONAL FACILITY, et al.,** | ) | |
| | ) | |
| **Respondents.** | | |

**ORDER**

Petitioner, a noncitizen, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 challenging his detention by U.S. Immigration and Customs Enforcement. Before the Court is the Report and Recommendation of United States Magistrate Judge Chris M. Stephens [Doc. No. 11] recommending that the Petition be granted in part and Respondents ordered to provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a).

Respondents filed an Objection [Doc. No. 12] reasserting their opposition to the Tenth Circuit's decision in *Santillan Quiroz v. Mullin*, 180 F.4th 1226 (10th Cir. 2026), but conceding that this decision controls Petitioner's detention.

Accordingly, the Report and Recommendation [Doc. No. 11] is ADOPTED and, for the reasons stated therein, the Petition for Writ of Habeas Corpus is GRANTED in part. Respondents are directed to provide Petitioner with an individualized bond hearing under 8 U.S.C. § 1226(a) within seven days or release Petitioner. Respondents shall certify compliance with this order.

IT IS SO ORDERED this 16th day of November, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE